# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

VERDETTE PAGE,

    Plaintiff(s),

v.

THE KROGER, CO., et al.,

    Defendant(s).

Case No. 2:24-cv-01658-CDS-NJK

**Order**

[Docket No. 9]

This case was removed from state court more than eight months after Defendants filed an answer. *See* Docket No. 1-1 at 10. While the case was pending in state court, the parties exchanged initial disclosures, propounded written discovery, and conducted Plaintiff's deposition. *See* Docket No. 9 at 2. The parties now request another six months of discovery. *See id.* The Court hereby **SETS** a scheduling conference for 3:30 p.m. on September 30, 2024, in Courtroom 3C.

IT IS SO ORDERED.

Dated: September 23, 2024

                                                  Nancy J. Koppe
                                                United States Magistrate Judge