JERRY S. BUSBY
Nevada Bar #001107
Pooja Kumar
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VERDETTE PAGE, an individual,<br><br>                        Plaintiff,<br><br>vs.<br><br>THE KROGER CO., a foreign corporation; SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation; DOE & ROE MAINTENANCE EMPLOYEES; DOE & ROE MAINTENANCE COMPANIES; DOE & ROE EMPLOYEES; DOE & ROE EMPLOYERS; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYERS I-V; DOES I-V; and ROE COMPANIES I-V, inclusive<br><br>                        Defendants. | Case No. 2:24-cv-01658-CDS-NJK<br><br>**ORDER TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER**<br><br>**[FIRST REQUEST]** |

**WHEREAS** Plaintiff VERDETTE PAGE (hereinafter "Plaintiff") and Defendant SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter "SMITH'S"), by and through their respective counsel of record as undersigned, are presently scheduled to mediate this case with a private mediator on April 28, 2025;

**WHEREAS** the Parties are preparing for said mediation at this time;

**WHEREAS** the Parties have agreed to a brief extension in order for the Parties to place their efforts toward resolution prior to preparing for trial:

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and SMITH'S,

NG-C2N3CBX6 4875-1659-4657.1

through their respective counsel of record, that the date for filing the Joint Pre-Trial Order pursuant to Local Rules 16-3(b) and 26-3, shall be extended by sixty (60) days, or until May 16, 2025, in order to allow the Parties to mediate this case and attempt resolution.

**IT IS SO STIPULATED.**

DATED this 17th day of March, 2025.

**ERIC BLANK INJURY ATTORNEYS**

*/s/ David M. Moore*

ERIC R. BLANK, ESQ.
Nevada Bar No. 006910
DAVID M. MOORE, ESQ.
Nevada Bar No. 008580
7860 West Sahara Avenue, Suite 110
Las Vegas, Nevada 89117
(702) 222-2115
Attorneys for Plaintiff
Verdette Page

DATED this 17th day of March, 2025.

**COOPER LEVENSON, P.A.**

*/s/ Pooja Kumar*

JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
POOJA KUMAR, ESQ.
Nevada Bar No. 012988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
Smith's Food & Drug Centers, Inc.

The parties must file a notice regarding the results of the mediation no later than April 30, 2025.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: March 18, 2025.

NG-C2N3CBX6 4875-1659-4657.1