JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VERDETTE PAGE, an individual,<br><br>     Plaintiff,<br><br>vs.<br><br>THE KROGER CO., a foreign corporation; SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation; DOE & ROE MAINTENANCE EMPLOYEES; DOE & ROE MAINTENANCE COMPANIES; DOE & ROE EMPLOYEES; DOE & ROE EMPLOYERS; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYERS I-V; DOES I-V; and ROE COMPANIES I-V, inclusive<br><br>     Defendants. | Case No. 2:24-cv-01658-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER**<br><br>**[SECOND REQUEST]** |

  **WHEREAS** Plaintiff VERDETTE PAGE (hereinafter "Plaintiff") and Defendant SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter "SMITH'S"), by and through their respective counsel of record as undersigned, are presently working together to draft the Joint Pre-Trial Order;

  **WHEREAS** the present deadline for the Parties to file the Joint Pre-Trial Order is set for May 16, 2025;

  **WHEREAS** the Parties have met and conferred in good faith regarding additional damages disclosed by Plaintiff and are presently determining the need for motion practice regarding same. Specifically, on May 6, 2025, the undersigned counsel for SMITH'S addressed the issues in this motion by telephone with the undersigned counsel for Plaintiff.  Through counsel, the Parties agreed that this

motion does not involve a "discovery dispute," and, therefore, does not require the "meet and confer" certification required by Local Rule 26-6(c). Counsel further agreed that, because this Motion does not involve a "discovery dispute," it should be heard in the first instance by the US District Court Judge, consistent with Local Rule 26-6(a); and

**WHEREAS** the Parties have agreed to a brief extension to file the Joint Pre-Trial Order:

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and SMITH'S, by and through their respective counsel of record, that the deadline for filing the Joint Pre-Trial Order pursuant to Local Rules 16-3(b) and 26-3 shall be extended by thirty-one (31) days, or until June 16, 2025, to allow the Parties to thoughtfully discuss the contents thereof and submit same to this Court.

**IT IS SO STIPULATED.**

Respectfully submitted to this Court on May 16, 2025.

| **ERIC BLANK INJURY ATTORNEYS** | **COOPER LEVENSON, P.A.** |
|---|---|
| /s/ Eric R. Blank | /s/ Pooja Kumar |
| ERIC R. BLANK. ESQ.<br>Nevada Bar No. 06910<br>7860 West Sahara Avenue, Suite 110<br>Las Vegas, Nevada 89117<br>(702) 222-2115<br>Attorneys for Plaintiff<br>Verdette Page | JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 01107<br>POOJA KUMAR, ESQ.<br>Nevada Bar No. 12988<br>3016 West Charleston Boulevard, Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>Smith's Food & Drug Centers, Inc. |

**ORDER**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Parties shall have until June 16, 2025, to file the Joint Pre-Trial Order. **NO FURTHER EXTENSIONS OF THIS DEADLINE WILL BE GRANTED.**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATE:** May 19, 2025