UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Verdette Page,<br><br>   Plaintiff(s),<br><br>v.<br><br>The Kroger Co.,<br><br>   Defendant(s). | Case No. 2:24-cv-01658-CDS-NJK<br><br>**Order**<br><br>[Docket Nos. 24, 28, 32] |

Pending before the Court is a stipulation to withdraw motion practice to strike damages and to reopen discovery for limited purposes. Docket No. 32. The stipulation is hereby **GRANTED**. Accordingly, the Court **ORDERS** as follows:

- The underlying motion practice regarding striking is **DENIED** as moot. Docket Nos. 24, 28.

- The undersigned has consulted with United States District Judge Cristina D. Silva, and trial is **VACATED** as currently scheduled. *See* Docket No. 23. The parties must provide new proposed dates for the trial in the amended joint pretrial order.

- Case management deadlines are **RESET** in accordance with the parties' stipulation:

    Amend pleadings/ add parties:  closed

    Initial experts:  January 26, 2026

    Rebuttal experts:  February 25, 2026

    Discovery cutoff:  March 27, 2026

    Dispositive motions:  April 27, 2026

    Amended joint pretrial order:  May 27, 2026, or 30 days after resolution of dispositive motions

<u>The parties must take all reasonable steps to meet the case management deadlines as set out above, as the Court is not inclined to extend them further.</u>

    IT IS SO ORDERED.

    Dated:  November 12, 2025.

                                                              _____
                                                              Nancy J. Koppe
                                                              United States Magistrate Judge